UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FOUR MILE BAY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:15-cv-63-PPS-CAN |
| ) | |
| ZIMMER BIOMET HOLDINGS, INC., *et al.*, ) ) | |
| ) | |
| Defendants. ) | |

### ORDER FOR STATUS REPORT

On September 15, 2015, this Court issued an order staying all proceedings in this matter until March 31, 2016, or until the Patent Trial and Appeal Board ("PTAB") decides whether to institute Defendant Zimmer Biomet Holdings, Inc.'s ("Zimmer's") petitions for *Inter Partes* Review ("IPR"). On October 5, 2015, Zimmer filed a Notice indicating that it had filed two IPR petitions on October 2, 2015. Since then, the parties have filed nothing to update the Court on the status of its IPR petitions. With the passing of the stay deadline, the Court now **ORDERS** the parties to file a joint status report by **April 15, 2016**, informing the Court of the status of the IPR petitions and whether they believe the stay should be extended or lifted permanently. If the parties desire the lifting of the stay, their joint status report should include proposed case management deadlines for the Court's review.

**SO ORDERED**

Dated this 6th day of April, 2016.

S/Christopher A. Nuehcterlein
Christopher A. Nuechterlein
United States Magistrate Judge
