# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA SOUTH BEND DIVISION

| | |
|---|---|
| FOUR MILE BAY LLC, | CASE NO. 3:15-cv-00063-PPS-MGG |
| *Plaintiff*, | HON. PHILIP P. SIMON |
| *v.* | M.J. HON. MICHAEL G. GOTSCH, SR. |
| ZIMMER BIOMET HOLDINGS, INC. | |
| *Defendant*. | |

### JOINT MOTION TO STAY

Plaintiff Four Mile Bay LLC ("FMB") and Defendant Zimmer Biomet Holdings, Inc. ("Zimmer") jointly move the Court to enter an order staying all proceedings in this case and, in support, state as follows.

On March 10, 2017, the Patent Trial and Appeal Board ("PTAB") issued a final written decision pursuant to 35 U.S.C. § 318(a) and 37 C.F.R. § 42.1(d) finding all of the challenged claims of U.S. Patent No. 8,821,582 ("the '582 Patent") to be unpatentable, including all of the claims of the '582 patent asserted in this action (the "PTAB Decision"). The parties' March 22, 2017 Joint Status Report provides additional details regarding the PTAB Decision. FMB has represented that it will timely appeal the PTAB Decision to the U.S. Court of Appeals for the Federal Circuit ("the Federal Circuit").

Accordingly, the parties jointly request that the Court stay all proceedings in this action until the Federal Circuit issues its decision on FMB's appeal of the PTAB Decision and order that:

1.   All proceedings in this action shall be stayed until the Federal Circuit issues its decision on the PTAB Decision; and

2. Within seven days of the Federal Circuit's decision, the parties shall file a joint status report informing the Court of the nature of the Federal Circuit's decision and the status of the litigation of the patents-in-suit.

Dated: March 27, 2017 　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey A. Andrews
　　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Andrews (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Robert J. McAughan, Jr. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Albert B. Deaver, Jr. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　David L. Terrell (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　SUTTON McAUGHAN DEAVER PLLC
　　　　　　　　　　　　　　　　　　　　　　Three Riverway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77056

　　　　　　　　　　　　　　　　　　　　　　Clint A. Zalas
　　　　　　　　　　　　　　　　　　　　　　LEE GROVE & ZALAS
　　　　　　　　　　　　　　　　　　　　　　205 West Jefferson Blvd., Suite 502
　　　　　　　　　　　　　　　　　　　　　　South Bend, IN 46601

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　FOUR MILE BAY LLC

/s/ Stephen M. Judge
John D. LaDue (19039-71)
Stephen M. Judge (31831-71)
LaDue Curran & Kuehn LLC
200 First Bank Building
205 West Jefferson Boulevard
South Bend, IN 46601
Tel: (574) 968-0760
Fax: (574) 968-0761
jladue@lck-law.com
sjudge@lck-law.com

Joseph M O'Malley, Jr (*pro hac vice*)
Young J. Park (*pro hac vice*)
Paul Hastings LLP
200 Park Ave
New York, NY 10166
Tel: (212) 318-6090
josephomalley@paulhastings.com
youngpark@paulhastings.com

Anand B Patel PHV (*pro hac vice*)
Naveen Modi (*pro hac vice*)
Paromita Chatterjee (*pro hac vice*)
Paul Hastings LLP
875 15th St NW
Washington, DC 20005-2221
Tel: (202) 551-1989
Fax: (202) 551-0489
anandpatel@paulhastings.com
naveenmodi@paulhastings.com
mitachatterjee@paulhastings.com

*Counsel for Defendant*
ZIMMER BIOMET HOLDINGS, INC.