UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FOUR MILE BAY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:15-CV-63-PPS-MGG |
| ) | |
| ZIMMER BIOMET HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

On March 29, 2018, this Court extended the stay of all proceedings in this action pending resolution of Plaintiff's appeal to the Federal Circuit of the Patent Trial and Appeal Board's final decision resulting from *inter partes* review of U.S. Patent No. 8,821,582 ("the '582 patent") at issue in this action. [DE 103]. In compliance with the Court's order, the parties filed their Joint Status Report on June 18, 2018, reporting that the Federal Circuit issued its mandate on June 11, 2018, bringing Plaintiff's appeal to its end. [DE 104]. The parties now request an extension of the stay for an additional 60 days to allow them time to determine how to move this case forward now that the Federal Circuit has finalized its decision regarding the '582 patent.

With good cause shown, the Court **EXTENDS** the stay of all proceedings in this action until **August 20, 2018**, at which time the stay will be lifted automatically. The Court also **ORDERS** the parties to file a joint case management plan by **August 20,**

**2018**, from which the Court will establish the parameters of this litigation should it continue.

      **SO ORDERED.**

Dated this 20th day of June 2018.

                                                  <u>s/Michael G. Gotsch, Sr</u>.
                                                  Michael G. Gotsch, Sr.
                                                  United States Magistrate Judge