UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FOUR MILE BAY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZIMMER BIOMET HOLDINGS, INC., )<br>)<br>Defendant. ) | 3:15CV63-PPS/MGG |

## ORDER

Before the Court is the parties' Stipulation of Dismissal. [DE 106.] Plaintiff Four Mile Bay LLC and Defendant Zimmer Biomet Holdings, Inc. have agreed to the dismissal of this case with prejudice.

**ACCORDINGLY:**

The parties' Stipulation of Dismissal [DE 106] is GRANTED. Plaintiff Four Mile Bay LLC's claims are DISMISSED WITH PREJUDICE.

The Clerk is directed to close this case.

**SO ORDERED**.

ENTERED: July 2, 2018.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT